[No. 25212-4-III.   Division Three.   January 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM LESTER FINLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-00583-2, Jerome J. Leveque, J., entered May 15, 2006. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Brown, J.

[No. 27776-3-III.   Division Three.   January 26, 2010.]

A.W.R. CONSTRUCTION, INC., *Appellant*, v. SCOTT MANINA, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-03680-1, Linda G. Tompkins, J., entered January 6, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Brown, J.

[Nos. 27827-1-III; 27847-6-III.   Division Three.   January 26, 2010.]

*In the Matter of the Marriage of* KRISTI KARVALHO, *Appellant*, and JAMES CARVALHO, *Respondent*.

Appeals from a judgment of the Superior Court for Stevens County, No. 97-3-00269-1, Rebecca M. Baker, J., entered January 12, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Brown, J.

[No. 27537-0-III.   Division Three.   January 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ROSE A. HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 08-1-00178-1, Robert L. Zagelow, J., entered November 3, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Sweeney, J.